KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVABN 0722)
Chief, Criminal Division

J. DOUGLAS WILSON (PABN 44915)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6778
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-0284 SI |
|     Plaintiff, ) | |
| v. ) | **ORDER EXCLUDING TIME** |
| ) | **UNDER THE SPEEDY TRIAL ACT** |
| AKRAM SABAR CHAUDHRY, ) | |
|    aka Akram Sabar, and ) | |
| MOHAMMAD ADIL, ) | |
|    aka Adil Mohammad, ) | |
|     Defendants. ) | |

      The United States of America, by and through its attorneys, Kevin V. Ryan, United States Attorney for the Northern District of California, by J. Douglas Wilson, Assistant United States Attorney, and defendants Akram Sabar Chaudhry and Mohammad Adil, by and through their attorneys, stipulated in open court, and the Court agrees that the time period between May 27 2005, and June 24, 2005, shall be excluded from the calculation of time in which the trial of the captioned matter must commence pursuant to

ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

1 the Speedy Trial Act. This period of time is excluded pursuant to 18 U.S.C. §
2 3161(h)(8)(B)(iv) in order for the parties to prepare effectively for trial in light of
3 discovery and for continuity of counsel. The parties agree and the Court finds that the
4 ends of justice served by the exclusion of this time outweigh the best interest of the public
5 and the defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A).

7 DATED: May 27, 2005          Respectfully submitted,
8                              KEVIN V. RYAN
                               United States Attorney

11                             _____/S/_____
                               J. DOUGLAS WILSON
12                             Assistant United States Attorney

13 SO ORDERED.
14 DATED:

17                             SUSAN
                               DISTR
                               UNITE



ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT