| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVABN 0722)<br>Chief, Criminal Division |
| 4 | J. DOUGLAS WILSON (PABN 44915)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6778 |
| 7 | Facsimile: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00284 SI |
| Plaintiff, | ) | |
| v. | ) | **ORDER EXCLUDING TIME** |
| | ) | **UNDER THE SPEEDY TRIAL ACT** |
| AKRAM SABAR CHAUDHRY,<br>    aka Akram Sabar, and<br>MOHAMMAD ADIL,<br>    aka Adil Mohammad, | ) | |
| Defendants. | ) | |

The United States of America, by and through its attorneys, Kevin V. Ryan, United States Attorney for the Northern District of California, by J. Douglas Wilson, Assistant United States Attorney, and defendants Akram Sabar Chaudhry and Mohammad Adil, by and through their attorneys, stipulated in open court, and the Court agrees that the time period between June 24, 2005, and July 15, 2005, shall be excluded from the calculation of time in which the trial of the captioned matter must commence pursuant to

ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

1  the Speedy Trial Act. This period of time is excluded pursuant to 18 U.S.C. §
2  3161(h)(8)(B)(iv) in order for the parties to prepare effectively for trial in light of
3  discovery and for continuity of counsel. The parties agree and the Court finds that the
4  ends of justice served by the exclusion of this time outweigh the best interest of the public
5  and the defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A).

7  DATED: June 28, 2005          Respectfully submitted,
8                                 KEVIN V. RYAN
                                  United States Attorney

11                                         /S/
                                  J. DOUGLAS WILSON
                                  Assistant United States Attorney

13 SO ORDERED.
14 DATED:

*IT IS SO ORDERED*
*[signature] Judge Susan Illston*
_____
UNITED STATES DISTRICT COURT

ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

**ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**

to be served this date on the party(ies) in this action,

  **Via Hand Delivery**
  **Josh Cohen**
  **Assistant Federal Public Defender**
  **450 Golden Gate Avenue, 19th Floor**
  **San Francisco, CA 94102**

  **Via U.S. Mail and Fax**

  **David L. Anderson**
  **Pillsbury Winthrop**
  **50 Fremont Street**
  **San Francisco, CA 94105**
  **Fax: 415-983-1200**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 27, 2005

              /S/
              Ponly J. Tu
              Legal Assistant (Immigration)
              United States Attorney's Office

ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT