1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVABN 0722)
3  Chief, Criminal Division

4  J. DOUGLAS WILSON (PABN 44915)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6778
7     Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,        )      CR 05-00284 SI
                                    )
14            Plaintiff,            )
                                    )
15    v.                            )
                                    )      **ORDER EXCLUDING TIME**
16                                  )      **UNDER THE SPEEDY TRIAL ACT**
                                    )
17 AKRAM SABAR CHAUDHRY,            )
      aka Akram Sabar, and          )
18 MOHAMMAD ADIL,                   )
      aka Adil Mohammad,            )
19                                  )
                                    )
20            Defendants.           )
   _____ )
21
          The United States of America, by and through its attorneys, Kevin V. Ryan,
22
   United States Attorney for the Northern District of California, by J. Douglas Wilson,
23
   Assistant United States Attorney, and defendants Akram Sabar Chaudhry and Mohammad
24
   Adil, by and through their attorneys, stipulated in open court, and the Court agrees that
25
   the time period between July 15, 2005, and October 31, 2005, shall be excluded from the
26
   calculation of time in which the trial of the captioned matter must commence pursuant to
27

28

ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

1   the Speedy Trial Act.  This period of time is excluded pursuant to 18 U.S.C. §

2   3161(h)(8)(B)(iv) in order for the parties to prepare effectively for trial in light of

3   discovery and for continuity of counsel.  The parties agree and the Court finds that the

4   ends of justice served by the exclusion of this time outweigh the best interest of the public

5   and the defendants in a speedy trial, all pursuant to 18 U.S.C. § 3161(h)(8)(A).

6

7   DATED: July 18, 2005                    Respectfully submitted,

8                                           KEVIN V. RYAN
                                            United States Attorney
9

10

11   _____ /S/ _____
     J. DOUGLAS WILSON
     Assistant United States Attorney
12

13   SO ORDERED.

14   DATED:   7/19/05

15

16        s/William Alsupt

17   _____
     SUSAN ILLSTON
     DISTRICT JUDGE
18   UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28

ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT