1  FRANK BELL, SBN 038955
   Attorney at Law
2  303 Bradford Street, Suite C
   Redwood City, CA 94063-1529
3  Tel: 650 365-8300
   Fax: 650 366-8987
4
   Attorney for Defendant
5  AKRAM CHAUDHRY

6

7
                    UNITED STATES DISTRICT COURT
8
                 NORTHERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,
                                        No. CR 05-00284 SI
12           Plaintiff,

13     v.                               **SUBSTITUTION OF
                                        ATTORNEYS AND ORDER**
14 AKRAM CHAUDHRY                       **RE SAME**

15           Defendant.

16 _____/

17
        Comes now defendant, AKRAM CHAUDHRY, and substitutes Frank Bell,
18
   Attorney at Law, as his attorney in this matter, in the place of attorney, Josh Cohen,
19
   Assistant Federal Public Defender.
20

21
   Dated: August 2, 2005              _____/s/_____
22                                     AKRAM CHAUDHRY
                                       Defendant
23

24
        I accept the substitution and agree to act as new counsel for defendant,
25
   //////////
26

27

28 SUBSTITUTION OF ATTORNEYS                                    Page -1-

1   AKRAM CHAUDHRY, for all purposes.

2

3   Dated:  August 2, 2005                    _____/s/_____
                                              FRANK BELL
4                                             Counsel for Defendant
                                              AKRAM CHAUDHRY
5

6          I consent to the substitution of counsel and ask to be relieved as counsel in this

7   matter.

8

9   Dated: August __, 2005                    _____/s/_____
                                              JOSH COHEN
10                                            Asst. Federal Public Defender

11

12  Good cause appearing:

13          IT IS SO ORDERED:

14

15  Dated:

16

17

18

19

20

21

22

23

24

25

26

27

28  SUBSTITUTION OF ATTORNEYS                                          Page -2-