| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI CHOI (WVBN 0722)<br>Acting Chief, Criminal Division |
| 4 | MARK N. ZANIDES (CSBN 58717)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue<br>San Francisco, California 94102<br>Telephone: (415) 436-7167 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00284 SI |
| Plaintiff, | ) | |
| | ) | SPEEDY TRIAL ORDER |
| v. | ) | |
| AKRAM CHAUDHRY,<br>MOHAMMAD ADIL, | ) | |
| Defendants. | ) | |

The United States, by and through Assistant United States Attorney Mark Zanides, and defendants Akram Chaudhry and Mohammad Adil, through their attorneys Frank Bell and Marc Axelbaum, stipulated in open court, and the Court agrees, that the time period between August 26, 2005, and September 23, 2005, be excluded from the time within which the trial of the above captioned matter must commence under the Speedy Trial Act.

The Court specifically finds that on August 5, 2005, Mr. Frank Bell was appointed to substitute in for Mr. Chaudrhy's prior counsel, and that the discovery in this case consists of over 1250 pages, including tape recordings of conversations in the Urdu language, and that the government intends to provide further discovery, and that to prepare diligently Mr. Bell requires

Speedy Trial Order
CR 05 00284 SI                               1

1  time to review these materials.  Accordingly, the foregoing period of time is excluded pursuant to
2  18 U.S.C. § 3161(h)(8)(B)(iv) in order for the parties to prepare effectively for trial, and for
3  continuity of counsel.  The parties agree and the Court finds pursuant to 18 U.S.C. §
4  3161(h)(8)(A) that the ends of justice served by the exclusion of time outweigh the bests interest
5  of the public and the defendants in a speedy trial.
6  IT IS SO ORDERED.

Dated:



Speedy Trial Order
CR 05 00284 SI                                     2