1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI CHOI (WVBN 0722)
   Acting Chief, Criminal Division
4  MARK N. ZANIDES (CSBN 58717)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue
       San Francisco, California 94102
7      Telephone: (415) 436-7167

8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10
11
12
13 UNITED STATES OF AMERICA,         )    No. CR 05-00284 SI
                                     )
14     Plaintiff,                    )    SPEEDY TRIAL ORDER
                                     )
15 AKRAM CHAUDHRY,                   )
   MOHAMMAD ADIL,                    )
16                                   )
                                     )
17     Defendants.                   )
                                     )
18 _____)

19     The United States, by and through Assistant United States Attorney Mark Zanides, and
20 defendants Akram Chaudhry and Mohammad Adil, through their attorneys Frank Bell and David
21 Anderson, stipulated in open court, and the Court agrees, that the time period between September
22 23, 2005, and November 4, 2005, be excluded from the time within which the trial of the above
23 captioned matter must commence under the Speedy Trial Act.
24     The Court specifically finds that on August 5, 2005, Mr. Frank Bell was appointed to
25 substitute in for Mr. Chaudrhy's prior counsel, and that the discovery in this case at that time
26 consisted of over 1250 pages, including tape recordings of conversations in the Urdu language.
27 On September 23, 2005 the government represented that it would produce substantial additional
28 discovery to the defendant Chaudhry.

Speedy Trial Order
CR 05 00284 SI                              1

1  The parties agree that to prepare diligently Mr. Bell requires time to review these
2  materials. Accordingly, the foregoing period of time is excluded pursuant to 18 U.S.C. §
3  3161(h)(8)(B)(iv) in order for the parties to prepare effectively for trial, and for continuity of
4  counsel. The parties agree and the Court finds pursuant to 18 U.S.C. § 3161(h)(8)(A) that the
5  ends of justice served by the exclusion of time outweigh the bests interest of the public and the
6  defendants in a speedy trial.

8  Dated: _____
   SUSAN ILLSTON
   United States District Court



Speedy Trial Order
CR 05 00284 SI                           2