UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00284 SI |
| Plaintiff, | ) ) | [PROPOSED] ORDER REMANDING DEFENDANT CHAUDHRY TO THE CUSTODY OF THE UNITED STATES MARSHAL |
| v. | ) ) ) | |
| AKRAM SABAR CHAUDHRY, | ) ) | |
| Defendant. | ) ) | |

Defendant Chaudhry has requested that he be remanded to the custody of the United States Marshal. The request is granted.

IT IS HEREBY ORDERED that Mr. Chaudhry is remanded to the custody of the United States Marshal. If the circumstances change, Mr. Chaudhry may request a bail review hearing before the Duty Magistrate Judge.

IT IS SO ORDERED.

Date: November 4, 2005

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

No. CR 05-00284 SI
[PROPOSED] ORDER REMANDING
DEFENDANT CHAUDHRY TO THE
CUSTODY OF THE UNITED STATES MARSHAL