KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI CHOI (WVBN 0722)
Acting Chief, Criminal Division

MARK N. ZANIDES (CSBN 58717)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7167

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00284 SI |
|     Plaintiff, ) | SPEEDY TRIAL ORDER |
| ) | |
| AKRAM CHAUDHRY, ) | |
| MOHAMMAD ADIL, ) | |
|     Defendants. ) | |

    The United States, by and through Assistant United States Attorney Mark Zanides, and defendants Akram Chaudhry and Mohammad Adil, through their attorneys Frank Bell and Marc Axelbaum, stipulated in open court, and the Court agrees, that the time period between January 6, 2006, and January 20, 2006, be excluded from the time within which the trial of the above captioned matter must commence under the Speedy Trial Act.

    On August 5, 2005, Mr. Frank Bell was appointed to substitute in for Mr. Chaudhry's prior counsel. The discovery in this case at that time consisted of over 1250 pages, including tape recordings of conversations in the Urdu language. In late September, 2005, the government produced substantial additional discovery to the defendant Chaudhry, which it represents relates to additional criminal acts committed by Mr. Chaudhry but which are not now charged.

1  Mr. Bell has advised the Court that Mr. Chaudhry has directed him to do no further work
2  on the case. Mr. Bell further stated that he is informed by defense attorney Martin Guajardo that
3  Mr. Chaudhry and Mr. Guajardo are discussing arrangements for Chaudhry to retain Mr.
4  Guajardo. Those arrangements have not been concluded.

Due to an administrative error, the defendant Chaudhry was not personally present in court on January 6, 2006, so the Court could not address these concerns directly with him..

Under the circumstances, the Court finds that it is reasonable to permit the defendant Chaudhry the time to conclude arrangements with new counsel, and to permit new counsel to review the discovery materials. Accordingly, the foregoing period of time is excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) in order for the parties to prepare effectively for trial, and for continuity of counsel. The parties agree and the Court finds pursuant to 18 U.S.C. § 3161(h)(8)(A) that the ends of justice served by the exclusion of time outweigh the bests interest of the public and the defendants in a speedy trial.

Defendant Adil, through his counsel Marc Axelbaum, concurs in this continuance and Speedy Trial finding.

Dated: _____



SUSAN ILLSTON
United States District Court

Speedy Trial Order
CR 05 00284 SI                                2