**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 2/17/06

Case No.    CR-05-0284  SI            Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- AKRAM CHAUDRY (C)(p), MOHAMMAD ADIL (NC)
              Interp: Brara

Attorneys:   B. Stamm            Gruel, Axelrod

Deputy Clerk: Tracy Sutton   Court Reporter: M. Shintaku

**PROCEEDINGS**

1) Status - HELD
2) 
3) 
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                              PART

Case continued to **3/24/06 @ 11:00 A.M.** hrg. On motion/Trial Setting

Case continued to

Case continued to __ for Pretrial Conference

Case continued    for Trial (Jury: ___ Days)

Category of Excludable Delay: Effective preparation
**Delay begins:          Delay ends: 3/24/06**
(    AUSA to draft order     )

ORDERED AFTER HEARING:
Due to the voluminous amounts of discovery, counsel need additional time to review translations and other discovery.

Mr. Adil's appearance is waived at the 3/24/06 hearing.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )