| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVSBN 0722)<br>Chief, Criminal Division |
| 4 | BLAKE D. STAMM (CTBN 301887)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7210 |
| 7 | Fax: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05 00284 SI |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER EXCLUDING TIME FROM THE SPEEDY TRIAL ACT |
| v. | ) ) | CALCULATION (18 U.S.C. § 3161(h)(8)(A)) FROM FEBRUARY 17, |
| AKRAM SABAR CHAUDHRY,<br>a.k.a. Akram Sabar, and<br>MOHAMMAD ADIL<br>a.k.a. Adil Mohammad, | ) ) ) ) ) | 2006 TO MARCH 24, 2006 |
| Defendants. | ) ) ) | |

On February 17, 2006, the United States and defendants Akram Chaudhry and Mohammad Adil through their respective attorneys Steven F. Gruel and Marc Axelbaum stipulated in open court, and the Court so orders, that the time period between February 17, 2006 and March 24, 2006 shall be excluded from the calculation of time in which the trial of the captioned matter must commence pursuant to the Speedy Trial Act. This period of time is excluded pursuant to 18 U.S.C. 3161(h)(8)(A) to permit the parties sufficient time to prepare effectively for trial in light of discovery and continuity of counsel. The parties agree and the Court finds that the ends of justice served by the exclusion of time outweigh the best interest of the public and the defendants in a speedy trial, all pursuant to 18 U.S.C. 3161(h)(8)(A).

1 | Accordingly, with the agreement of the parties and upon the findings above, the Court enters
2 | this order scheduling a trial setting appearance or motions hearing on March 24, 2006 and
3 | excludes the intervening period of time between February 17, 2006 to March 24, 2006.

5 | DATED: February 23, 2006          Respectfully Submitted

6 |                                   KEVIN V. RYAN
                                      United States Attorney

8 |                                   _____/S/_____
                                      BLAKE D. STAMM
9 |                                   Assistant United States Attorney

11 | SO ORDERED.

12 | DATED: _____            _____
13 |                                   HON. SUSAN ILLSTON
                                      United States District Judge

2