| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVSBN 0722)<br>Chief, Criminal Division |
| 4 | BLAKE D. STAMM (CTBN 301887)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7210 |
| 7 | Fax: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05 00284 SI |
| Plaintiff, | ) ) | [PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE |
| v. | ) ) | FROM MARCH 24, 2006 TO APRIL 21, 2006 AND EXCLUDING TIME FROM |
| AKRAM SABAR CHAUDHRY,<br>  a.k.a. Akram Sabar, and | ) ) | THE SPEEDY TRIAL ACT<br>CALCULATION (18 U.S.C. § |
| MOHAMMAD ADIL<br>  a.k.a. Adil Mohammad, | ) ) | 3161(h)(8)(A)) |
| Defendants. | | |

With the agreement of the parties, and with the consent of the defendants, the Court enters this order continuing a scheduling and trial setting appearance before the district court from March 24, 2006 to April 21, 2006 at 11:15 A.M. before the Honorable Susan Illston, and documenting the defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from March 24, 2006 to April 21, 2006. The parties agree, and the Court finds and holds, as follows:

1. The defendants agree to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence as set out below:

      a. The government has determined that additional discovery is warranted and is in the process of scanning all discoverable records to include the supplemental materials.

      b. The government has determined that re-translation of a number of taped conversations from the Urdu language to the English language is warranted and has initiated this process.

2. Given these circumstances, the Court finds that the ends of justice served by excluding the period from from March 24, 2006 to April 21, 2006, outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from from March 24, 2006 to April 21, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: March 21, 2006      _____/s/_____
STEVEN F. GRUEL, ESQ.
Attorney for Defendant Chaudhry

DATED: March 21, 2006      _____/s/_____
DAVID L. ANDERSON, ESQ.
Attorney for Defendant Adil

DATED: March 21, 2006      _____/s/_____
BLAKE D. STAMM
Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____      _____
HON. SUSAN ILLSTON
United States District Judge