1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVSBN 0722)
   Chief, Criminal Division
4
   BLAKE D. STAMM (CTBN 301887)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7210
7      Fax: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05 00284 SI |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE |
| v. | ) ) | FROM APRIL 21, 2006 TO APRIL 28, 2006 AND EXCLUDING TIME FROM |
| AKRAM SABAR CHAUDHRY, a.k.a. Akram Sabar, and MOHAMMAD ADIL a.k.a. Adil Mohammad, | ) ) ) ) ) | THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| Defendants. | | |

With the agreement of the parties, and with the consent of the defendants, the Court enters this order continuing a scheduling and trial setting appearance before the district court from April 21, 2006 to April 28, 2006 at 11:15 A.M. before the Honorable Susan Illston, and documenting the defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from April 21, 2006 to April 28, 2006. The parties agree, and the Court finds and holds, as follows:

1. Government counsel will commence a felony prosecution trial before the Honorable Marilyn Hall Patel on April 18, 2006. Trial will likely not be completed until April 24, 2006.

2. All parties agree to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny the government continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from April 21, 2006 to April 28, 2006, outweigh the best interest of the public and the defendants in a speedy trial. § 3161(h)(8)(A).

4. Accordingly, and with the consent of the defendants, the Court orders that the period from April 21, 2006 to April 28, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: April 11, 2006        /S/
                             STEVEN F. GRUEL, ESQ.
                             Attorney for Defendant Chaudhry

DATED: April 11, 2006        /S/
                             DAVID L. ANDERSON, ESQ.
                             Attorney for Defendant Adil

DATED: April 11, 2006        /S/
                             BLAKE D. STAMM
                             Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____         _____
                             HON. SUSAN ILLSTON
                             United States District Judge

2