**Steven Francis Gruel**
Law Office of Steven F. Gruel
655 Montgomery Street, Suite 1700
San Francisco, CA 94111
415-989-1253
Fax: 415-576-1442

Attorney for Defendant

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-05-00284-SI |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AND |
| ) | STIPULATION FOR CONTINUANCE |
| vs. ) | FROM MAY 12, 2006 TO MAY 26, 2006 |
| ) | AND EXCLUDING TIME FROM THE |
| AKRAM SABAR CHAUDHRY ) | SPEEDY TRIAL ACT CALCULATION |
| a.k.a Akram Sabar ) | (18 U.S.C. § 3161 (h)(8)(A)) |
| ) | |
| _____ ) | |

With the agreement of the parties, and with the consent of the defendants, the Court enters this order continuing a scheduling and trial setting appearance before the district court from May 12, 2006 to May 26, 2006 at 11:10 A.M. before the Honorable Susan Illston, and documenting the defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from May 12, 2006 to May 26, 2006. The parties agree, and the Court finds and holds, as follows:

1. Defense Counsel for Mr. Chaudhry is out of the state of California on May 12, 2006 for personal reasons;

2. The defense will need additional time to respond to the government's reply to defenant, Chaudhry's motion for discovery; and,

3. Excludable time under the speedy trial act is provided in that a defense motion for

discovery is currently pending.

IT IS SO STIPULATED:
DATED: May 11, 2006  _____/S/_____

STEVEN F. GRUEL, ESQ.
Attorney for Defendant Chaudhry
DATED: May 11, 2006  _____/S/_____

Marc H. Axelbaum, ESQ.
Attorney for Defendant Adil
DATED: May 11, 2006  _____/S/_____

BLAKE D. STAMM
Assistant United States Attorney
May 11, 2006  _____/S/_____


IT IS SO ORDERED.

DATED: _____  _____
　　　　　　　　　　　　　　　HON. SUSAN ILLSTON