STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net

Attorney for Akram Sabar Chaudhry

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00284-SI |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | TO CONTINUE SENTENCING TO |
| Vs. ) | SEPTEMBER 29, 2006 |
| ) | |
| AKRAM SABAR CHAUDHRY, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| _____ ) | |

Defendant Akram Sabar Chaudhry, by and through his attorney, Steven F. Gruel, Esquire, respectfully requests and stipulates that sentencing scheduled for September 8, 2006 at 11:00 a.m. be rescheduled to September 29, 2006 at 11:00 a.m. This request is predicated on the fact that the defense, after a Meet and Confer with the government and probation officer regarding the draft presentence report (PSR), requires additional time to review several sections of the PSR.

*STIPULATION AND [PROPOSED] ORDER*
*TO CONTINUE SENTENCING*
*TO SEPTEMBER 29, 2006*
- 1

The government does not oppose and stipulates to this defense request for a continuance to September 29, 2006 at 11:00 a.m. The United States Probation officer assigned to this case is aware of and does not oppose this request for a continuance of the sentencing hearing.

SO STIPULATED:

DATED: 9/1/06

        __/s/_____
        STEVEN F. GRUEL,
        Attorney for Defendant Chaudhry

        __/s/_____
DATED: 9/1/06    BLAKE S. STAMM
        Assistant United States Attorney

### [PROPOSED] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, the Court hereby continues this matter to September 29, 2006 at 11:00 a.m. for sentencing.

IT IS SO ORDERED.

_/s/ Susan Illston_
SUSAN ILLSTON
U.S. District Court Judge

*STIPULATION AND [PROPOSED] ORDER*
*TO CONTINUE SENTENCING*
*TO SEPTEMBER 29, 2006*

- 2