| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | BLAKE D. STAMM (CTBN 301887)<br>Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7210
Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05 00284 SI |
| Plaintiff, | ) | MOTION AND [PROPOSED] ORDER TO DISMISS COUNTS ONE, THREE, FOUR AND FIVE AS WELL AS FORFEITURE ALLEGATION AGAINST DEFENDANT CHAUDHRY |
| v. | ) | |
| AKRAM SABAR CHAUDHRY,<br>  a.k.a. Akram Sabar, and<br>MOHAMMAD ADIL<br>  a.k.a. Adil Mohammad, | ) | |
| Defendants. | | |

1. Pursuant to a plea agreement filed July 14, 2006, defendant Chaudhry pled guilty to Count Two of the indictment in the above-captioned matter and the government agreed to move to dismiss any open charges pending against the defendant upon his sentencing.

2. Defendant Chaudhry was sentenced on September 29, 2006 and, in accordance with the plea agreement and in the interests of justice, the government moves to dismiss Counts One, Three, Four and Five as well as the Forfeiture Allegation against defendant Chaudhry.

\\
\\
\\
\\

| | | |
|---|---|---|
| 1 | DATED: October 5, 2006 | Respectfully Submitted |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 4 | | _____/S/_____<br>BLAKE D. STAMM |
| 5 | | Assistant United States Attorney |
| 7 | IT IS SO ORDERED. | |
| 9 | DATED: _____ | _____/s/ Susan Illston_____<br>HON. SUSAN ILLSTON |
| 10 | | United States District Judge |